# Courtroom Minutes Sheet
## ARRAIGNMENT/PLEA/CHANGE OF PLEA PROCEEDINGS
## JUDGE JOHN A ROSS

Date: 9/29/2017  Case No. 4:17-cr-00169-JAR
UNITED STATES v. Ryan M. End
Courtroom Deputy: COlliges  Court Reporter: Lisa Paczkowski
Interpreter: ____

AUSA: Robert F. Livergood
Defendant's Counsel: Lenny Kagan and James F. McMullin
Defendant's Age: 1990  Education: Bachelors Degree

### ARRAIGNMENT/PLEA:

☐ Defendant waives assistance of counsel.   Waiver filed
☐ Arraignment continued until ____ at ____.
☐ Defendant signs waiver of indictment/consents to proceed by information.
☐ Criminal information filed.   ☐ Superseding indictment/information filed
☐ Defendant waives reading of ____.
☐ Defendant arraigned.
☐ Defendant enters plea of   ☐ **Guilty**   ☐ **Not Guilty** to Count(s) ____ of the ____.

### CHANGE OF PLEA:

☒ Defendant found competent to enter a guilty plea
☒ Guilty Plea Agreement filed
☒ The Court
  ☒ *adopts and approves* the Guilty Plea Agreement
  ☐ *defers the adoption* of the Guilty Plea Agreement

☒ By leave of Court, defendant withdraws former plea of not guilty and enters a plea of **Guilty** to Count(s) 1 of the Indictment.

☒ Sentencing set Thursday October 12, 2017 at 1:30 pm.
☐ Count(s) ____ held in abeyance until sentencing.
☒ Probation Officer in courtroom

☐ Defendant is **remanded** to custody    ☒ Defendant is released on existing **bond**

Defendant enters a plea to the lesser included offense to count 1. The Amended Plea Agreement to be filed.
All conditions of pretrial release remain in effect.

***Proceedings***: 10:41 am - 11:25 am